**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATALIE ELIZABETH GARCIA,<br><br>            Petitioner,<br><br>     v.<br><br>MOLLY HILL, Warden,<br><br>            Respondent. | Case No. CV 24-4897-DMG (E)<br><br>ORDER OF DISMISSAL |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on June 6, 2024. The Petition challenges the 2010 criminal judgment in Superior Court Case No. PA 063463 (Petition at 2). Petitioner previously challenged this same judgment in a prior habeas corpus petition filed in this Court. *See Garcia v. Johnson*, CV 12-680-DMG(JEM). On January 3, 2013, this Court entered judgment in *Garcia v. Johnson*, CV 12-680-DMG(JEM), denying and dismissing the prior petition with prejudice.

The Court must dismiss the present Petition in accordance with 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and Effective Death Penalty Act of 1996"). Section 2244(b) requires that a petitioner seeking to file a "second or successive" habeas petition first obtain authorization from the court of appeals. *See*

*Burton v. Stewart*, 549 U.S. 147, 157 (2007) (where petitioner did not receive authorization from Court of Appeal before filing second or successive petition, "the District Court was without jurisdiction to entertain [the petition]"); *Barapind v. Reno*, 225 F.3d 1100, 1111 (9th Cir. 2000) ("the prior-appellate-review mechanism set forth in § 2244(b) requires the permission of the court of appeals before 'a second or successive habeas application under § 2254' may be commenced"). A petition need not be repetitive to be "second or successive," within the meaning of 28 U.S.C. section 2244(b). *See, e.g., Thompson v. Calderon*, 151 F.3d 918, 920-21 (9th Cir.), *cert. denied*, 524 U.S. 965 (1998); *Calbert v. Marshall*, 2008 WL 649798, at *2-4 (C.D. Cal. Mar. 6, 2008). Petitioner evidently has not yet obtained authorization from the Ninth Circuit Court of Appeals. Consequently, this Court cannot entertain the present Petition. *See Burton v. Stewart*, 549 U.S. at 157.[1]

For all of the foregoing reasons, the Petition is **DENIED** and dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 4, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED this 20th day of
June, 2024, by:


    /S/
_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1] This Court rebuffed a previous attempt by Petitioner to bring a "second or successive" habeas petition challenging the judgment in Superior Court Case No. PA 063463. *See* Minute Order, filed January 29, 2024, in *Garcia v. Johnson*, CV 12-680-DMG (JEM).