1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| NATALIE ELIZABETH GARCIA, | Case No. CV 24-4897-DMG(E) |
| Petitioner, | JUDGMENT |
| v. | |
| MOLLY HILL, Warden, | |
| Respondent. | |

18

19         Pursuant to the "Order of Dismissal,"

20         IT IS ADJUDGED that the Petition is **DENIED** and dismissed without

21  prejudice.

22  DATED:   November 4, 2025

23                                  _____

24                                          DOLLY M. GEE

25                                  CHIEF U.S. DISTRICT JUDGE

26

27

28